# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| ANTONIO GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| and | ) Cause No. 22-cv-3225 |
| | ) |
| HEARTH & HOME TECHNOLOGIES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

NOW COMES the Defendant, HEARTH & HOME TECHNOLOGIES LLC, by and through its attorney Eric C. Papier, of McVEY & PARSKY, LLC, and provides notice of its removal of this cause as authorized by 28 U.S.C. §§ 1332, 1441 and 1446 for the following reasons:

1. On or about March 23, 2022, Plaintiff commenced a civil action under Case No. 2022-L-002756 in the Circuit Court of Cook County, Illinois, in which ANTONIO GONZALEZ is the Plaintiff, and HEARTH & HOME TECHNOLOGIES LLC is the Defendant.

2. Plaintiff brought the suit seeking damages for personal injuries under theories of strict liability in tort and negligence. The Plaintiff's Complaint prays for a judgment "for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois."

3. On May 25, 2022, Defendant filed its answer to the Complaint, its affirmative defenses and served Plaintiff with a request to admit that Plaintiff's claimed damages were less than $75,000, exclusive of interests and costs. (See Defendant's Request to Admit to Plaintiff, attached hereto, ¶ 8).

4. At the June 1, 2022 initial telephonic case conference in the Cook County Circuit Court (and well before Plaintiff's response to the request to admit was due), Plaintiff's counsel

informed the Court that Plaintiff's medical bills were in excess of $100,000. Further, on June 2, 2022, Plaintiff's counsel emailed Defendant's counsel a medical bills summary indicating that Plaintiff's medical bills totaled $104,270.23 and medical records indicating that Plaintiff suffered a left tibia comminuted fracture and minimally displaced distal fibula fracture as a result of the alleged incident.

5. The above lawsuit involves a controversy with complete diversity of citizenship between citizens of different states:

(a) Plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois, and is not a citizen of the State of Iowa or the State of Minnesota.

(b) The Defendant, HEARTH & HOME TECHNOLOGIES, LLC, is a limited liability company duly created and organized by and under the laws of the State of Iowa with its principal place of business in the State of Minnesota, and was not and is not a corporation created or organized under the laws of the State of Illinois, nor does it have its principal place of business in the State of Illinois.

6. This matter involves a controversy between a citizen of Illinois, and a corporation organized under the laws of a State other than Illinois, and who has its principal place of business in a State other than Illinois. Further, the amount in controversy involves more than $75,000, exclusive of interest and costs. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

7. This Notice of Removal is timely because it is within thirty (30) days of learning through Plaintiff's counsel's representations to the Cook County Circuit Court and subsequent written disclosures that more than $75,000 is at issue in the case.

8. Attached hereto, and made a part hereof, are copies of the following documents filed by the Plaintiff and filed by the Defendant in the Circuit Court of Cook County under cause number 2022-L-0027565:

- Plaintiff's Summons and Complaint at Law;
- Defendant's Appearances;
- Defendant's Answer to Plaintiff's Complaint at Law;
- Defendant's Affirmative Defenses to Plaintiff's Complaint at Law;
- Defendant's Requests to Admit and Notice of Filing;
- Court's Order Pursuant to Supreme Court Rule 63 (C)(1);
- Court's Reassignment Order; and
- Case Management Order.

To the Defendant's knowledge, no other documents, or pleadings were filed in said lawsuit.

9. Notice of the filing of this Removal has been given to all parties as required by law, and is attached hereto. A true and correct copy of this Removal has been filed with the Circuit Court of Cook, Illinois, as provided by law.

10. Defendant on removal demands this case be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted,

**McVey & Parsky, LLC**

/s/ Eric C. Papier
Eric C. Papier,
*Attorney for Defendant, Hearth & Home Technologies LLC*

McVey & Parsky, LLC
Eric C. Papier (6287050)
30 North LaSalle Street, Suite 2100
Chicago, Illinois 60602
Telephone: 312-551-6398
FAX: 312-551-2131
Email: jrs@mcveyparsky-law.com
Firm No. 39907

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 21, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

      David C. Wise
      Wise Morrissey, LLC
      161 North Clark Street
      Suite 3250
      Chicago, Illinois 60601

      McVEY & PARSKY, LLC
      Attorney for Defendant
      30 N. LaSalle Street, Suite 2100
      Chicago, IL  60602
      Ph.:  312/551-6398
      Fax:  312/551-2131

      By: /s/ Eric C. Papier
           Eric C. Papier (ARDC #6287050)