\* 5 0 1 5 4 3 0 7 \*
FILED
3/23/2022 10:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L002756
17200041

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                           (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

ANTONIO GONZALEZ,

Plaintiff(s)

v.

HEARTH & HOME TECHNOLOGIES

Defendant(s)

Case No. **2022L002756**

PLEASE SERVE:
HEARTH & HOME TECHNOLOGIES
R/A: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3



| Summons - Alias Summons | • (12/01/20) CCG 0001 B |
|---|---|

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 63527
○ Pro Se 99500
Name: David C. Wise of Wise Morrissey
Atty. for (if applicable): Plaintiff
Address: 161 N. Clark St., Ste. 3250
City: Chicago
State: IL   Zip: 60601
Telephone: 312-580-2040
Primary Email: as@wisemorrissey.com

Witness date _____

3/23/2022 10:11 AM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3



\* 5 0 1 5 4 3 0 7 \*

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED
5 3/23/2022 10:10 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

#63527    DCW/as/ 21-11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

ANTONIO GONZALEZ, )
)
Plaintiff, )
)
v. ) No. 2022L002756
)
HEARTH & HOME TECHNOLOGIES, )
)
Defendant. ) *Plaintiff Demands Trial By Jury*

## COMPLAINT AT LAW

### COUNT I

### Strict Liability in Tort – Unsafe Product Packaging and Shipment – Personal Injury

Plaintiff, ANTONIO GONZALEZ, complaining of defendant, HEARTH & HOME TECHNOLOGIES (hereinafter referred to as "HEARTH & HOME"), states:

1.  At all times relevant, HEARTH & HOME was in the business of designing, manufacturing, selling, packaging, shipping and/or placing into the stream of commerce products commonly referred to as metal skids.

2.  On or before January 4, 2021, HEARTH & HOME designed, manufactured, sold, packaged, shipped and/or otherwise placed metal skids which were bundled and bound together into the stream of commerce and delivered to Central Steel & Wire Co., LLC at or near 3000 W. 51st Street in Chicago, Cook County, Illinois.

3.  At all times relevant, ANTONIO GONZALEZ was an employee of Central Steel & Wire Co. and was acting in the course and scope of his employment.

4. On January 4, 2021 as the bundled and bound metal skids were being lifted by another person, the bundling and banding came apart causing the skids to fall onto plaintiff's body.

5. At said time and place the bundling and binding holding the skids together failed and caused or allowed the skids to separate and fall.

6. At said time and place, the skids came into contact with the body of ANTONIO GONZALEZ.

7. On January 4, 2021 and at the time it left the control of HEARTH & HOME, the aforesaid bundle of bound metal skids was in a defective and unreasonably unsafe safe condition in one or more of the following respects:

   a. It was designed, manufactured, sold, packaged, shipped and/or otherwise placed into the stream of commerce without adequate or suitable packing, bundling and/or binding to keep the skids together during intended and/or foreseeable movement in shipping, transport and handling.

   b. It was designed, manufactured, sold, packaged, shipped and/or otherwise placed into the stream of commerce without adequate or suitable instructions or warnings on safe and proper ways to lift the bundled skids during intended and/or foreseeable movement in shipping, transport and handling.

   c. It was designed, manufactured, sold, packaged, shipped and/or otherwise placed into the stream of commerce with too many metal skids in the bundle given the banding supplied.

8. As a proximate result of one or more of these defective and unreasonably unsafe conditions, ANTONIO GONZALEZ sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, ANTONIO GONZALEZ, demands judgment against defendant, HEARTH & HOME TECHNOLOGIES, for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.


## COUNT II

**Negligence – Unsafe Product Packaging and Shipment – Personal Injury**

Plaintiff, ANTONIO GONZALEZ, complaining of defendant, HEARTH & HOME TECHNOLOGIES (hereinafter referred to as "HEARTH & HOME"), states:

1. At all times relevant, HEARTH & HOME was in the business of designing, manufacturing, selling, packaging, shipping and/or placing into the stream of commerce products commonly referred to as metal skids.

2. On or before January 4, 2021, HEARTH & HOME designed, manufactured, sold, packaged, shipped and/or otherwise placed metal skids which were bundled and bound together into the stream of commerce and delivered to Central Steel & Wire Co., LLC at or near 3000 W. 51st Street in Chicago, Cook County, Illinois.

3. At all times relevant, ANTONIO GONZALEZ was an employee of Central Steel & Wire Co. and was acting in the course and scope of his employment.

4. On January 4, 2021 as the bundled and bound metal skids were being lifted by another person, the bundling and banding came apart causing the skids to fall onto plaintiff's body.

5. At said time and place the bundling and binding holding the skids together failed and caused or allowed the skids to separate and fall.

6. At said time and place, the skids came into contact with the body of ANTONIO GONZALEZ.

7. On January 4, 2021, HEARTH & HOME was negligent in one or more of the following respects:

   a. It designed, manufactured, sold, packaged, shipped and/or otherwise placed into the stream of commerce the bundled and



bound metal skids without adequate or suitable packaging, bundling and/or binding to keep them panels together during intended and/or foreseeable movement in shipping, transport and handling.

b. It designed, manufactured, sold, packaged, shipped and/or otherwise placed into the stream of commerce the bundled and bound metal skids without adequate or suitable instructions or warnings on safe and proper ways to lift the skid bundles during intended and/or foreseeable movement in shipping, transport and handling.

c. It bundled too many skids per bundle for the banding and bundling it selected

8. As a proximate result of one or more of these negligent acts or omissions, ANTONIO GONZALEZ sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, ANTONIO GONZALEZ, demands judgment against defendant, HEARTH & HOME TECHNOLOGIES, for a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

Respectfully submitted,

By: _____
DAVID C. WISE

**DAVID C. WISE**
**WISE MORRISSEY, LLC**
Attorneys for Plaintiff
161 North Clark Street
Suite 3250
Chicago, Illinois 60601
(312) 580-2040
(312) 580-2041
Firm ID No. 63527
dcw@wisemorrissey.com
as@wisemorrissey.com

4

\* 5 0 1 3/23/2022 10:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

#63527   DCW/as/ 21-11

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| ANTONIO GONZALEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2022L002756 |
| HEARTH & HOME TECHNOLOGIES, | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT

I, David C. Wise, state under oath:

1.  I am an attorney associated with Wise Morrissey and am responsible for filing of the Complaint at Law in this matter.

2.  The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
David C. Wise

SUBSCRIBED and SWORN to before me
this 23 day of March, 2022.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Angela M. Suhr
Notary Public, State of Illinois
My Commission Expires 04/11/2022

5